# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Kurt Wysock, | Bankruptcy 16-08708 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #28)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 16, 2016.

Dated: November 16, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of Kurt Wysock,

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Eric G Zelazny**   Eric@lwslaw.com
- **Todd J Ruchman** amps@manleydeas.com

## MANUAL SERVICE LIST

<u>**VIA U.S. MAIL**</u>
**Kurt Wysock**
629 Northgate Lane
Shorewood, IL 60404
*Debtor*

<u>**VIA U.S. MAIL**</u>
Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025
Claim 1

<u>**VIA U.S. MAIL**</u>
American Express
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701
Claim 2,3,4

<u>**VIA U.S. MAIL**</u>
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602
Claim 5