UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
 §
Kurt Wysock § Case No. 16-08708
 §
 §
  Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 280,300.00 *(Without deducting any secured claims)* | Assets Exempt: 126,275.00 |
| Total Distributions to Claimants: 17,177.54 | Claims Discharged Without Payment: 11,209.54 |
| Total Expenses of Administration: 2,822.46 | |

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,822.46 | 2,822.46 | 2,822.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,686.00 | 28,387.08 | 28,387.08 | 17,177.54 |
| **TOTAL DISBURSEMENTS** | $ 29,686.00 | $ 31,209.54 | $ 31,209.54 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 03/14/2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2017          By: /s/Zane L. Zielinski, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Performance Bonus | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 14.95 | 14.95 | 14.95 |
| Associated Bank | 2600-000 | NA | 57.51 | 57.51 | 57.51 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,822.46 | $ 2,822.46 | $ 2,822.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Bank Fsb | 7100-000 | 7,935.00 | 8,299.76 | 8,299.76 | 5,022.34 |
| 3 | American Express Bank Fsb | 7100-000 | 3,858.00 | 2,751.63 | 2,751.63 | 1,665.06 |
| 4 | American Express Centurion Bank | 7100-000 | 12,077.00 | 11,659.94 | 11,659.94 | 7,055.64 |
| 1 | Discover Bank | 7100-000 | 4,523.00 | 4,429.07 | 4,429.07 | 2,680.11 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,293.00 | 1,246.68 | 1,246.68 | 754.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,686.00 | $ 28,387.08 | $ 28,387.08 | $ 17,177.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-08708 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kurt Wysock | | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/18/2016 |
| For Period Ending: | 01/09/2017 | | | | Claims Bar Date: | 09/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 629 Northgate Lane Shorewood, Illinois | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Joint Checking Account at Chase | 100.00 | 0.00 | | 0.00 | FA |
| 4. Joint Checking Account at Chase | 100.00 | 100.00 | | 0.00 | FA |
| 5. Debtor Checking Account at Chase | 300.00 | 0.00 | | 0.00 | FA |
| 6. Debtor Checking at First Midwest | 0.00 | 0.00 | | 0.00 | FA |
| 7. Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Used Televisions and Computers | 500.00 | 0.00 | | 0.00 | FA |
| 9. Used Men's Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) with BP Amaco | 120,000.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Ford Escape | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Chrysler PT Cruiser, 90,000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. 2009 Honda Scooter | 75.00 | 0.00 | | 0.00 | FA |
| 14. Two Family Dogs | 100.00 | 100.00 | | 0.00 | FA |
| 15. 2015 Performance Bonus (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $406,575.00 | $20,200.00 | | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing claims and preparing a final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Initial Projected Date of Final Report (TFR): 03/31/2017      Current Projected Date of Final Report (TFR): 03/31/2017

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-08708 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Kurt Wysock | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4669 |
| | Checking |
| Taxpayer ID No: XX-XXX4033 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | 15 | Kurty Wysock<br>629 Northgate Lane<br>Shorewood, IL 60404-9551 | Bonus<br>Work Bonus | 1229-000 | $20,000.00 | | $20,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.77 | $19,971.23 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.74 | $19,942.49 |
| 12/09/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,764.95 | $17,177.54 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($2,750.00) | 2100-000 | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($14.95) | 2200-000 | | |
| 12/09/16 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 60.51 % per court order. | 7100-000 | | $2,680.11 | $14,497.43 |
| 12/09/16 | 5003 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Distribution | | | $6,687.40 | $7,810.03 |
| | | American Express Bank Fsb | Final distribution to claim 2 representing a payment of 60.51 % per court order. | ($5,022.34) | 7100-000 | | |
| | | American Express Bank Fsb | Final distribution to claim 3 representing a payment of 60.51 % per court order. | ($1,665.06) | 7100-000 | | |
| 12/09/16 | 5004 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 4 representing a payment of 60.51 % per court order. | 7100-000 | | $7,055.64 | $754.39 |

Page Subtotals: $20,000.00 $19,245.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-08708 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Kurt Wysock | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4669 |
| | Checking |
| Taxpayer ID No: XX-XXX4033 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/16 | 5005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 60.51 % per court order. | 7100-000 | | $754.39 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $0.00    $754.39

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4669 - Checking | $20,000.00 | $20,000.00 | $0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00

*UST Form 101-7-TDR (10/1/2010)* *(Page: 10)*